**Outlook**

---

## Job Quote for short term loan

---

**From** Matthew Lewellyn <matt@fs1concepts.com>

**Date** Tue 7/30/2024 2:43 PM

**To** Will Herrin <wherrin@priorityonebank.com>

**Cc** Cody Allen <cody@fs1concepts.com>

📎 2 attachments (1 MB)

El_Ranchito__Gluckstadt_Equipment_Package_QUOTE4023.pdf; El Ranchito Deposit.pdf;

Hi Will,

Attached is the quote and deposit for the El Ranchito project we are seeking temporary funding on.  Please review and let us know what other information you need from us to get the ball rolling.

Appreciate your help!

Regards,

Logo | **Matt Lewellyn**
Co-Founder

phone: (601) 301-9900
email: matt@fs1concepts.com
1345 Flowood Dr.
Flowood, MS 39232

Facebook icon  LinkedIn icon

---

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender.



EXHIBIT

2



# Quote

07/30/2024

| To: | Project: | From: |
|---|---|---|
| El Ranchito, Gluckstadt | El Ranchito, Gluckstadt_Equipment | FS-1 Concepts, LLC |
| Sergio Macias | Package | David Howie |
| | | 1345 Flowood Drive |
| | | Flowood, MS 39232 |
| | | (601) 301-9900 |
| | | 601-301-9900 (Contact) |

Job Reference Number: 4023

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 1A | 1 ea | **WALK IN MODULAR, BOX ONLY (WITH REFRIGERATION SELECTION)**<br>Model No. 8X18X8-4<br>Fast-Trak™ Indoor Walk-In, 8' x 18' x 8'-4" H, floorless with NSF vinyl sealers, 26 gauge embossed coated steel interior & exterior finish, self-closing door, locking deadbolt handle | $16,712.42 | $16,712.42 |
| | 1 ea | Pricing is valid for 60 days upon receipt of purchase order AND approved drawing (if applicable). Order must ship per our current standard lead time or pricing will be subject to change. All shipments will be FOB Hudson, WI or New Albany, MS. | | |
| | 1 ea | Contact factory regarding lead times on walk-ins shipping to California, Washington or Oregon as these likely will require seismic restraints | | |
| | 1 ea | 15 year original equipment panel warranty | | |
| | 1 ea | MSMD017AB Medium Temp Condensing Unit, pre-assembled high ambient, Scroll remote refrigeration, 14,330 BTU @ +25°F suction +35°F cabinet @ 100°F ambient, R-448A/R-449A, pre-wired/mounted accessories, 208-230v/60/1-ph, 20 amps, 1-3/4 HP, Made in USA | $4,501.57 | $4,501.57 |
| | 1 ea | E1MD0153A-TA2 (QUICK SHIP) Medium Temp Evaporator Coil, for R448-A/R-449A Condensing Units, 15,300 BTU, 115v/60/1-ph | $3,179.70 | $3,179.70 |
| | 1 ea | 18 months parts and labor warranty, standard | | |
| | 1 ea | Door size 30" x 78" | | |
| | 1 ea | 123112 Interior Kick Plate, 30" wide x 30" high, stainless steel, installed | $214.50 | $214.50 |
| | 1 ea | 103025 Strip Curtain, for 26" or 30" wide walk-in doors (shipped loose) | $141.85 | $141.85 |
| | 1 ea | Door hinged on right, specify door location with sketch | | |
| | 3 ea | 157752 48" LED light fixture (shipped loose) | $360.35 | $1,081.05 |
| | 1 ea | Freight Region: South | | |
| | 1 ea | Freight Destination - (MS) Mississippi (NET) | $802.79 | $802.79 |
| | | **ITEM TOTAL:** | | **$26,633.88** |

| | | FS-1 Concepts, LLC | | 07/30/2024 |
|---|---|---|---|---|
| Item | Qty | Description | Sell | Sell Total |
| 3 | 4 ea | **HAND SINK** | $134.32 | $537.28 |
| | | Model No. MRS-HS-18(W) | | |
| | | MixRite Hand Sink, 18"W, wall mount, 14"W x 10" front-to-back x 5" deep bowl, 18/300 series stainless steel, 6"H backsplash with 2" return, 1-1/2" drain, includes: gooseneck faucet with wrist blade handles, strainer, Z-clip mounting bracket, NSF | | |
| | 4 pr | MRS-HS-18SP Side Splash, for 18" hand sinks, 18/304 stainless steel (pair) | $74.25 | $297.00 |
| | | | ITEM TOTAL: | $834.28 |
| 4 | 1 ea | **CLEAN DISHTABLE** | $620.66 | $620.66 |
| | | Model No. BKCDT-60-L-SS | | |
| | | Clean Dishtable, straight design, 60"W x 30-3/8"D x 46-1/4"H, right-to-left operation, 18/304 stainless steel top, 10"H backsplash, raised rolled edge on front & side, stainless steel legs & side bracing, stainless steel over plastic adjustable bullet feet, NSF | | |
| | | | ITEM TOTAL: | $620.66 |
| 5 | 1 ea | **DISHTABLE, WITH POTSINKS** | $1,998.92 | $1,998.92 |
| | | Model No. BKSDT-3-20-12-20RSPG | | |
| | | Soiled Dishtable, & Three-Compartment Sink with Pre-Rinse Faucet, 100"W x 30-1/2"D x 44"H overall size, right-to-left operation, (3) 20" wide x 20" front-to-back x 12" deep compartments, 10"H backsplash, includes: (1) BKF-SMPR-WB-G pre-rinse assembly, (3) BK-LWR-1 lever drains, (3) BKDR-4 basket drains, (2) BK-SDTS tray guides & (1) BK-PRB-5 pre-rinse basket, 18/304 stainless steel top, 1-5/8" rolled edges on front & sides, stainless steel legs & side bracing, stainless steel over plastic adjustable bullet feet, NSF | | |
| | 1 ea | BK-GT-20 Grease Trap, 20 lbs. grease capacity, 10 gallons per minute, non-skid deck plate, removable baffles, no hub connections, includes T-Vent, main body suspended above floor, 11 gauge carbon steel construction with corrosion resistant coating | $231.37 | $231.37 |
| | 1 ea | 1 year warranty, standard | | |
| | 3 ea | 22209 DrainKing Waste Valve, with flat strainer, 12 GPM drain rate, dual teflon seals, stainless steel ball, cast red brass body | $127.72 | $383.16 |
| | | | ITEM TOTAL: | $2,613.45 |
| 6 | 2 ea | **WORK TABLE, STAINLESS STEEL TOP** | $733.31 | $1,466.62 |
| | | Model No. SVTR5-9630 | | |
| | | Work Table, 96"W x 30"D, 18/430 stainless steel top, with turndown edges on front & sides, reinforced with channels, 5" backsplash, adjustable stainless steel undershelf, (6) 1-5/8" dia. stainless steel legs, stainless steel bullet feet, NSF | | |
| | 2 ea | BKWS-1296 Premium Shelf, wall-mounted, 96"W x 12"D, 18/304 stainless steel, 1-1/2"H rear up-turn, (3) 8" angle supports, NSF | $208.73 | $417.46 |
| | | | ITEM TOTAL: | $1,884.08 |

| | | FS-1 Concepts, LLC | | 07/30/2024 |
|---|---|---|---|---|
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |
| 7 | 1 ea | **TWO (2) COMPARTMENT SINK** | $1,192.73 | $1,192.73 |
| | | Model No. BKS-2-24-14S | | |
| | | Sink, two compartment, 53"W x 29-13/16"D x 43-3/4"H overall size, 24" wide x 24" front-to-back x 14" deep compartments, 9"H backsplash, 8" OC splash mount faucet holes, 1-1/2" rolled edges on front & sides, includes basket drains (BKDR-4), 18/304 stainless steel construction, stainless steel legs & side bracing, adjustable stainless steel over plastic feet, NSF | | |
| | 1 ea | BKF-SMPR-WB-AF12-G OptiFlow™ Pre-Rinse Assembly, with 12" add-on faucet, splash-mounted, 8" OC, triple ply hose, 1/4 turn ceramic cartridges, integral check valves, color coded hot & cold indicators, 1/2" female inlets, 12" wall bracket, lead free, NSF, cCSAus | $353.95 | $353.95 |
| | | **ITEM TOTAL:** | | **$1,546.68** |
| 10 | 1 ea | **REACH-IN FREEZER** | $4,034.65 | $4,034.65 |
| | | Model No. MBF8002GR | | |
| | | Atosa Freezer, reach-in, two-section, 51-7/10"W x 31-7/10"D x 81-3/10"H, top mount self-contained refrigeration, 43.2 cu ft., (2) locking hinged solid doors, digital temperature control, -8° to 0°F temperature range, (6) adjustable shelves, interior LED lighting, automatic evaporation, electric defrost, stainless steel interior & exterior, galvanized steel back, 4" casters, R290 Hydrocarbon refrigerant, 3/4 HP, 115v/60/1-ph, 8.6 amps, cord with NEMA 5-15P, cETLus, ETL-Sanitation, ENERGY STAR® | | |
| | 1 ea | 2 year labor & parts warranty, 5 years warranty on compressor (continental USA only) | | |
| | 1 ea | Extended warranty to a 5 year parts & labor warranty with 5 year compressor part warranty (continental USA only) (NET) | $320.00 | $320.00 |
| | | **ITEM TOTAL:** | | **$4,354.65** |

| | | FS-1 Concepts, LLC | | 07/30/2024 |
|---|---|---|---|---|
| Item | Qty | Description | Sell | Sell Total |
| 11 | 1 ea | **EXHAUST HOOD** | $18,197.19 | $18,197.19 |

Model No. NAKS
22' Exhaust Hood

1.00 1148HLM 11' X 48" Hybrid (S/S where exposed) LOW Box Hood with Short-Cycle Make-Up Air Including 3"
Air Gap on Back and Hanging Brackets (10" Front & 24" Back Dimension)
1.00 INS_AIR_GAP_TOP_11' 11' Zero Clearance 1" Air Gap on Top of Hood
5.00 FILTERS:STAINLESS
20" x 20" x 2" Stainless Steel Filter
2.00 FILTERS:STAINLESS
20" x 16" x 2" Stainless Steel Filter

4.00 LIGHTS Canopy Light With Tempered Globe
1.00 GREASE CUP Grease Cup - New style
1.00 36B 36B BELT DRIVE EXHAUST FAN 115V, SINGLE PHASE, 1 HP, UL762 LISTED
1.00 EXCURBRF36B48B Roof Curb for 36B-48B FLAT-26.5-26.5
1.00 HINGE KIT - Standard HINGE KIT
1.00 SF8 SF8 Belt Drive Make-Up Air Fan
1.00 MUACURB - Flat Roof Curb for Makeup Air Fan - FLAT
1.00 SIDE CURTAIN
QUARTER- PAIR

1.00 1148HLM 11' X 48" Hybrid (S/S where exposed) LOW Box Hood with Short-Cycle Make-Up Air Including 3"
Air Gap on Back and Hanging Brackets (10" Front & 24" Back Dimension)
1.00 INS_AIR_GAP_TOP_11' 11' Zero Clearance 1" Air Gap on Top of Hood
5.00 FILTERS:STAINLESS
20" x 20" x 2" Stainless Steel Filter
2.00 FILTERS:STAINLESS
20" x 16" x 2" Stainless Steel Filter
4.00 LIGHTS Canopy Light With Tempered Globe
1.00 GREASE CUP Grease Cup - New style
1.00 36B 36B BELT DRIVE EXHAUST FAN 115V, SINGLE PHASE, 1 HP, UL762 LISTED
1.00 EXCURBRF36B48B Roof Curb for 36B-48B FLAT-26.5-26.5
1.00 HINGE KIT - Standard HINGE KIT
1.00 SF8 SF8 Belt Drive Make-Up Air Fan
1.00 MUACURB - Flat Roof Curb for Makeup Air Fan - FLAT
1.00 SIDE CURTAIN
QUARTER- PAIR

**Includes Stainless-Steel Backsplash**

| | | | | |
|---|---|---|---|---|
| | 1 ea | FIRE SUPPRESSION Fire Suppression Package For 22' Exhaust Hood | $8,035.71 | $8,035.71 |
| | | | ITEM TOTAL: | $26,232.90 |

| | | FS-1 Concepts, LLC | | 07/30/2024 |
|---|---|---|---|---|
| Item | Qty | Description | Sell | Sell Total |
| 12 | 10 ea | **TRASH RECEPTACLE, INDOOR**<br>Model No. PTC-23K<br>Slender Trash Can, 23 gallon, 20-1/8"L x 10-7/8"W x 29-7/8"H,<br>HDPE, black (lid not included) (Qty Break = 1 each) | $25.78 | $257.80 |
| | | **ITEM TOTAL:** | | **$257.80** |
| 13 | 1 ea | **GRIDDLE, GAS, COUNTERTOP**<br>Model No. 860MA<br>Ultra-Max® Griddle, countertop gas, 60" W x 24" D cooking surface, 1" thick polished steel griddle plate, (5) manual controls, 4-3/8" tapered wrap-around splash guard, 3-1/2" front grease trough, heavy-duty metal knobs, standing pilot, welded steel frame with stainless steel exterior, 4" stainless steel legs with 1-3/8" adjustment, 150,000 BTU, cULus, UL EPH Classified, Made in USA | $8,693.49 | $8,693.49 |
| | 1 kt | BKG-GHC-7560-SCK3 Gas Hose Connection Kit # 3, includes 60" long x 3/4" I.D. stainless steel hose with radial wrap & protective translucent coating, (1) shut off valve, (1) quick disconnect, (1) restraining cable & hardware, (2) male-to-female 90° elbows, cCSAus (packaged in point-of-purchase box) | $253.26 | $253.26 |
| | 1 ea | 5 year warranty on hose, 1 year warranty on shut off valve, quick disconnect, 90° elbows, & restraining cable, standard | | |
| | 1 ea | 2 year parts & labor warranty, standard | | |
| | 1 ea | (860MA-NG) Natural gas, 150,000 BTU (Specify elevation over 2,000 ft.) | | |
| | 1 ea | STAND/HC-60 Ultra-Max® 60" Stand, with casters, stainless steel construction, rated for 600 lbs. [272kg] | $2,456.78 | $2,456.78 |
| | | **ITEM TOTAL:** | | **$11,403.53** |

| | | FS-1 Concepts, LLC | | *07/30/2024* |
|---|---|---|---|---|
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |
| 14 | 1 ea | **GRIDDLE, GAS, COUNTERTOP** | $4,036.38 | $4,036.38 |
| | | Model No. 824MA | | |
| | | Ultra-Max® Griddle, countertop gas, 24" W x 24" D cooking surface, 1" thick polished steel griddle plate, (2) manual controls, 4-3/8" tapered wrap-around splash guard, 3-1/2" front grease trough, heavy-duty metal knobs, standing pilot, welded steel frame with stainless steel exterior, 4" stainless steel legs with 1-3/8" adjustment, 60,000 BTU, cULus, UL EPH Classified, Made in USA | | |
| | 1 kt | BKG-GHC-7560-SCK3 Gas Hose Connection Kit # 3, includes 60" long x 3/4" I.D. stainless steel hose with radial wrap & protective translucent coating, (1) shut off valve, (1) quick disconnect, (1) restraining cable & hardware, (2) male-to-female 90° elbows, cCSAus (packaged in point-of-purchase box) | $253.26 | $253.26 |
| | 1 ea | 5 year warranty on hose, 1 year warranty on shut off valve, quick disconnect, 90° elbows, & restraining cable, standard | | |
| | 1 ea | 2 year parts & labor warranty, standard | | |
| | 1 ea | (824MA-NG) Natural gas, 60,000 BTU (Specify elevation over 2,000 ft.) | | |
| | 1 ea | STAND/HC-24 Ultra-Max® 24" Stand, with casters, stainless steel construction, rated for 300 lbs. [136kg] | $1,597.56 | $1,597.56 |
| | | **ITEM TOTAL:** | | **$5,887.20** |
| 15 | 2 ea | **RANGE, 36", 6 OPEN BURNERS** | $3,664.64 | $7,329.28 |
| | | Model No. RR-6 | | |
| | | Restaurant Range, gas, 36", (6) 30,000 BTU lift off top burners, manual controls, standard oven, 12" x 12" cast iron grates, safety valve, stainless steel front, sides, valve cover, kickplate & 11" D high shelf, legs, 215,000 BTU, cCSAus, CSA-Sanitation, Made in USA | | |
| | 2 ea | Backriser with high shelf, stainless steel, standard | | |
| | 2 ea | Natural gas (Must specify elevation if over 2000 ft) | | |
| | 2 ea | (1) 26-1/2" Standard oven | | |
| | 2 ea | Casters, set of 4 (2 locking) | $643.50 | $1,287.00 |
| | 2 ea | Two year limited parts and labor warranty, standard | | |
| | 2 kt | BKG-GHC-7560-SCK3 Gas Hose Connection Kit # 3, includes 60" long x 3/4" I.D. stainless steel hose with radial wrap & protective translucent coating, (1) shut off valve, (1) quick disconnect, (1) restraining cable & hardware, (2) male-to-female 90° elbows, cCSAus (packaged in point-of-purchase box) | $253.26 | $506.52 |
| | | **ITEM TOTAL:** | | **$9,122.80** |

FS-1 Concepts, LLC  07/30/2024

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 16 | 1 ea | **CONVECTION OVEN, GAS** | $11,205.84 | $11,205.84 |
| | | Model No. MSD-2GG | | |
| | | Majestic Convection Oven, gas, single-deck, standard depth, thermostatic controls, temperature range 150° F-500° F, one hour timer, 2-speed fan, porcelainized oven interior, 50/50 solid doors, stainless steel front, sides, top, 12.0kW, ETL, Made in USA | | |
| | 1 ea | Standard two year limited warranty on parts & labor | | |
| | 1 ea | Natural Gas | | |
| | 1 ea | A23059 One Point Gas Connection, for double stacked ovens | $485.17 | $485.17 |
| | 1 ea | 120v/60/1-ph, standard | | |
| | 1 ea | Glass doors, double add suffix "GG" to model number, per deck | | |
| | 1 kt | BKG-GHC-7560-SCK3 Gas Hose Connection Kit # 3, includes 60" long x 3/4" I.D. stainless steel hose with radial wrap & protective translucent coating, (1) shut off valve, (1) quick disconnect, (1) restraining cable & hardware, (2) male-to-female 90° elbows, cCSAus (packaged in point-of-purchase box) | $253.26 | $253.26 |
| | | **ITEM TOTAL:** | | **$11,944.27** |
| 17 | 1 ea | **GAS FLOOR FRYER** | $1,636.50 | $1,636.50 |
| | | Model No. ATFS-75-NG | | |
| | | CookRite Fryer, natural gas, floor model, 21-1/10"W x 30-1/10" x 44-2/5"H, 75 lb. capacity, (5) burners, standby pilots, 200°F- 400°F temperature range, self-reset high temperature limiting device,, safety valve, (2) nickel plated baskets with coated handles, basket hanger, oil cooling zone seated in the bottom of the tank, stainless steel structure, (4) casters, cETLus, ETL-Sanitation | | |
| | 1 ea | 1 year parts & labor warranty (continental USA only) | | |
| | 1 ea | Extended warranty to a 5 year parts & labor warranty (continental USA only) (NET) | $170.00 | $170.00 |
| | 1 ea | Natural gas, 170,000 total BTU's | | |
| | 1 ea | 21101001046 Joining Strip | $45.75 | $45.75 |
| | 1 kt | BKG-GHC-7560-SCK3 Gas Hose Connection Kit # 3, includes 60" long x 3/4" I.D. stainless steel hose with radial wrap & protective translucent coating, (1) shut off valve, (1) quick disconnect, (1) restraining cable & hardware, (2) male-to-female 90° elbows, cCSAus (packaged in point-of-purchase box) | $243.51 | $243.51 |
| | | **ITEM TOTAL:** | | **$2,095.76** |

**FS-1 Concepts, LLC**                                                    *07/30/2024*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 18 | 1 ea | **GAS FLOOR FRYER** | $1,395.75 | $1,395.75 |
| | | Model No. ATFS-50-NG | | |
| | | CookRite Fryer, natural gas, floor model, 15-3/5"W x 30-1/10"D x 44-2/5"H, 50 lb. capacity, (4) burners, milivolt control, 200°F- 400°F temperature range, , (2) nickel plated baskets with coated handles, basket hanger, oil cooling zone seated in the bottom of the tank, stainless steel structure, (4) casters, cETLus, ETL-Sanitation | | |
| | 1 ea | 1 year parts & labor warranty (continental USA only) | | |
| | 1 ea | Extended warranty to a 5 year parts & labor warranty (continental USA only) (NET) | $170.00 | $170.00 |
| | 1 ea | Natural gas, 136,000 total BTU's | | |
| | 1 kt | BKG-GHC-7560-SCK3 Gas Hose Connection Kit # 3, includes 60" long x 3/4" I.D. stainless steel hose with radial wrap & protective translucent coating, (1) shut off valve, (1) quick disconnect, (1) restraining cable & hardware, (2) male-to-female 90° elbows, cCSAus (packaged in point-of-purchase box) | $243.51 | $243.51 |
| | | **ITEM TOTAL:** | | **$1,809.26** |
| 19 | 1 ea | **WORK TABLE, STAINLESS STEEL TOP** | $435.68 | $435.68 |
| | | Model No. SVTR5-4830 | | |
| | | Work Table, 48"W x 30"D, 18/430 stainless steel top, with turndown edges on front & sides, reinforced with channels, 5" backsplash, adjustable stainless steel undershelf, 1-5/8" dia. stainless steel legs, stainless steel bullet feet, NSF | | |
| | 1 kt | 5SBR-RA-LDP-PS4 Work Table Caster Kit, 5" 5SBR-RA-LPD-TLB casters (4 per kit) | $57.43 | $57.43 |
| | | **ITEM TOTAL:** | | **$493.11** |
| 20 | 1 ea | **MOBILE HEATED CABINET** | $4,312.05 | $4,312.05 |
| | | Model No. C539-HDS-U-GY | | |
| | | C5™ 3 Series Heated Holding Cabinet, with Grey Insulation Armour™, mobile, full height, insulated, Dutch insulated aluminum doors, removable bottom mount control module, thermostat to 200°F, universal wire slides on 3" centers, adjustable on 1 1/2" increments (18) 18" x 26" or (34) 12" x 20" x 2 1/2" pan capacity, 5" casters (2 with brakes), aluminum, 120v/60/1 ph, 2000 watts, 16.7 amps, NEMA 5 20P, cULus, NSF | | |
| | 1 ea | 1 year warranty against manufacturing defects | | |
| | | **ITEM TOTAL:** | | **$4,312.05** |
| 21 | 2 ea | **WORK TABLE, STAINLESS STEEL TOP** | $406.41 | $812.82 |
| | | Model No. SVTR5-3630 | | |
| | | Work Table, 36"W x 30"D, 18/430 stainless steel top, with turndown edges on front & sides, reinforced with channels, 5" backsplash, adjustable stainless steel undershelf, 1-5/8" dia. stainless steel legs, stainless steel bullet feet, NSF | | |
| | 2 kt | 5SBR-RA-LDP-PS4 Work Table Caster Kit, 5" 5SBR-RA-LPD-TLB casters (4 per kit) | $57.43 | $114.86 |
| | | **ITEM TOTAL:** | | **$927.68** |

| | | FS-1 Concepts, LLC | | 07/30/2024 |
|---|---|---|---|---|
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |
| 22 | 1 ea | **MEGA TOP SANDWICH / SALAD PREPARATION REFRIGERATOR** | $2,453.25 | $2,453.25 |
| | | Model No. MSF3615GR | | |
| | | Atosa Sandwich/Salad Mega Top Refrigerator, two-section, 36-5/16"W x 34"D x 46-5/8"H, includes (15) 1/6 stainless steel pans, rear-mounted, self-contained refrigeration, 8.7 cu. ft., (2) solid hinged self-closing doors, digital temperature control, 33° to 40°F temperature range, (2) adjustable shelves, 10" poly cutting board, ventilated refrigeration, automatic evaporation, air defrost, stainless steel interior & exterior, galvanized steel back, 3" casters, R290 Hydrocarbon refrigerant, 1/7 HP, 115v/60/1-ph, 2.3 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation | | |
| | 1 ea | 2 year labor & parts warranty, 5 years warranty on compressor (continental USA only) | | |
| | 1 ea | Extended warranty to a 5 year parts & labor warranty with 5 year compressor part warranty (continental USA only) (NET) | $255.00 | $255.00 |
| | 1 ea | 1/6 size, 6" deep metal pans and dividers included | | |
| | | | **ITEM TOTAL:** | **$2,708.25** |
| 23 | 2 ea | **MEGA TOP SANDWICH / SALAD PREPARATION REFRIGERATOR** | $3,097.50 | $6,195.00 |
| | | Model No. MSF8307GR | | |
| | | Atosa Sandwich/Salad Mega Top Refrigerator, two-section, 60-1/5"W x 34"D x 46-5/8"H, includes (24) 1/6 stainless steel pans, rear-mounted, self-contained refrigeration, 17.2 cu. ft., (2) solid hinged self-closing doors, digital temperature control, 33° to 40°F temperature range, (2) adjustable shelves, 10" poly cutting board, ventilated refrigeration, automatic evaporation, air defrost, stainless steel interior & exterior, galvanized steel back, 3" casters, R290 Hydrocarbon refrigerant, 1/5 HP, 115v/60/1-ph, 2.8 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation | | |
| | 2 ea | 2 year labor & parts warranty, 5 years warranty on compressor (continental USA only) | | |
| | 2 ea | Extended warranty to a 5 year parts & labor warranty with 5 year compressor part warranty (continental USA only) (NET) | $255.00 | $510.00 |
| | 2 ea | 1/6 size, 6" deep metal pans and dividers included | | |
| | | | **ITEM TOTAL:** | **$6,705.00** |
| 24 | 1 ea | **SHELVING, WALL MOUNTED** | $172.28 | $172.28 |
| | | Model No. BKWS-1272 | | |
| | | Premium Shelf, wall-mounted, 72"W x 12"D, 18/304 stainless steel, 1-1/2"H rear up-turn, (3) 8" angle supports, NSF | | |
| | | | **ITEM TOTAL:** | **$172.28** |
| 25 | 1 ea | **SHELVING, WALL MOUNTED** | $208.73 | $208.73 |
| | | Model No. BKWS-1296 | | |
| | | Premium Shelf, wall-mounted, 96"W x 12"D, 18/304 stainless steel, 1-1/2"H rear up-turn, (3) 8" angle supports, NSF | | |
| | | | **ITEM TOTAL:** | **$208.73** |

| | | FS-1 Concepts, LLC | | *07/30/2024* |
|---|---|---|---|---|
| **Item** | **Qty** | **Description** | **Sell** | **Sell Total** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 26 | 2 ea | **HOT FOOD SERVING COUNTER / TABLE** | $2,315.52 | $4,631.04 |
| | | Model No. HF-4G-NAT | | |
| | | Hot Food Table, natural gas, 62-7/16"W x 30-5/8"D x 34-3/8"H, (4) 12" x 20" hot food wells, individual controls with 3-setting, pilot indicator opening, stainless steel top, stainless steel 8"D support shelf with removable 3/8" thick poly cutting board | | |
| | 2 ea | SU-32G Upgrade (4) wells to stainless steel, for gas hot food tables | $362.88 | $725.76 |
| | | **ITEM TOTAL:** | | **$5,356.80** |
| 28 | 1 ea | **WORK TABLE, STAINLESS STEEL TOP** | $574.83 | $574.83 |
| | | Model No. SVTR5-7230 | | |
| | | Work Table, 72"W x 30"D, 18/430 stainless steel top, with turndown edges on front & sides, reinforced with channels, 5" backsplash, adjustable stainless steel undershelf, 1-5/8" dia. stainless steel legs, stainless steel bullet feet, NSF | | |
| | 1 kt | 5SBR-RA-LDP-PS4 Work Table Caster Kit, 5" 5SBR-RA-LPD-TLB casters (4 per kit) | $57.43 | $57.43 |
| | | **ITEM TOTAL:** | | **$632.26** |
| 29 | 1 ea | **PASS-THRU SHELF** | $3,229.74 | $3,229.74 |
| | | Model No. PTS-24120-2 | | |
| | | Double Tier Pass Through Shelf, 120"W x 24"D, 8" maximum wall thickness, 16/304 stainless steel top, includes wall mounting angle brackets & hardware, NSF | | |
| | 1 ea | GRA-108D6 Glo-Ray® Infrared Strip Heater, 108" W, standard wattage, tubular metal heater rod, double heater rod housing 6" spacing, aluminum construction, 3700 watts, contain tandem elements, NSF, cULus, Made in USA | $1,867.50 | $1,867.50 |
| | 1 ea | NOTE: Sale of this product must comply with Hatco's Minimum Resale Price Policy; consult order acknowledgement for details | | |
| | 1 ea | NOTE: Includes 24/7 parts & service assistance, call 414-671-6350 | | |
| | 1 ea | One year on-site parts & labor warranty, plus one additional year parts only warranty on all Glo-Ray metal sheathed elements | | |
| | 1 ea | 120v/60/1-ph | | |
| | 1 ea | BLT TOG-4 (4) Built-in toggle controls (remote recommended) (available at time of purchase only) | | |
| | 1 ea | LEADS5 1'-5' Extended Electrical Leads (available at time of purchase only) | $18.13 | $18.13 |
| | 1 ea | STANDARD Clear Anodized Aluminum housing, finish, standard (available at time of purchase only) | | |
| | 1 ea | ADJ ANGLE-D Adjustable angle bracket, (2) pair | $38.75 | $38.75 |
| | | **ITEM TOTAL:** | | **$5,154.12** |

| | | FS-1 Concepts, LLC | | 07/30/2024 |
|---|---|---|---|---|
| Item | Qty | Description | Sell | Sell Total |
| 30 | 1 ea | **WORK TABLE, STAINLESS STEEL TOP** | $733.31 | $733.31 |
| | | Model No. SVTR5-9630 | | |
| | | Work Table, 96"W x 30"D, 18/430 stainless steel top, with turndown edges on front & sides, reinforced with channels, 5" backsplash, adjustable stainless steel undershelf, (6) 1-5/8" dia. stainless steel legs, stainless steel bullet feet, NSF | | |
| | 1 kt | 5SBR-RA-LDP-PS6 Work Table Caster Kit, 5" 5SBR-RA-LPD-TLB casters (6 per kit) | $84.48 | $84.48 |
| | | **ITEM TOTAL:** | | **$817.79** |
| 31 | 1 ea | **ICE MAKER, CUBE-STYLE** | $10,831.28 | $10,831.28 |
| | | Model No. KM-1900SAJ | | |
| | | Ice Maker, Cube-Style, 48"W, stackable, air-cooled, self-contained condenser, production capacity up to 1875 lb/24 hours at 70°/50° (1675 lb AHRI certified at 90°/70°), crescent cube style, stainless steel exterior, R-404A refrigerant, 208-230v/60/1-ph, 14.5 amps, NSF, UL, ENERGY STAR® | | |
| | 1 ea | B-1150SS Ice Bin, 48"W, hinged bottom door & top view windows, 1148-lb ice storage capacity, for top-mounted ice maker, stainless steel construction, universal top included, stainless steel legs, protected with H-GUARD Plus Antimicrobial Agent, ETL, ETL-Sanitation | $4,595.40 | $4,595.40 |
| | 1 ea | Warranty: 5-Year parts & labor for bin | | |
| | 1 ea | Warranty: 3-Year parts & labor on entire machine | | |
| | 1 ea | Warranty: 5-Year parts & labor on evaporator | | |
| | 1 ea | Warranty: 5-Year parts on compressor & air-cooled condenser | | |
| | 1 ea | 9795-90 Pre-Filter System, E-20 Prefilter, NSF | $223.02 | $223.02 |
| | 1 ea | H9320-53 Water Filtration System, triple configuration, 19.15" H (manifold & cartridge) | $716.85 | $716.85 |
| | 1 ea | Warranty: 1-Year on entire water filtration system & replaceable elements, standard | | |
| | | **Spec'd Unit Per Customer Request** | | |
| | | **ITEM TOTAL:** | | **$16,366.55** |
| 32 | 1 ea | **NACHO CHIP WARMER, BULK** | $3,805.72 | $3,805.72 |
| | | Model No. CW1 | | |
| | | Bulk Chip Warmer, forced air heating system, inconel sheathed heating element, first-in first-out, gravity feed, top-loading, bottom hinged service door, stainless steel construction, approx. 20 gallons, 4" legs, cUL, UL EPH (RapidShip) | | |
| | 1 ea | 120v/60/1-ph, 1040 watts, 8.7 amps, NEMA 5-15P, standard | | |
| | 1 ea | 1 Year parts & labor warranty, standard | | |
| | 1 ea | 4" legs, standard | | |
| | 1 ea | SVTR5-3630 Work Table, 36"W x 30"D, 18/430 stainless steel top, with turndown edges on front & sides, reinforced with channels, 5" backsplash, adjustable stainless steel undershelf, 1-5/8" dia. stainless steel legs, stainless steel bullet feet, NSF | $406.41 | $406.41 |
| | 1 kt | 5SBR-RA-LDP-PS4 Work Table Caster Kit, 5" 5SBR-RA-LPD-TLB casters (4 per kit) | $57.43 | $57.43 |
| | | **ITEM TOTAL:** | | **$4,269.56** |

El Ranchito, Gluckstadt_Equipment
Package

El Ranchito, Gluckstadt

Initial: _____
Page 11 of 14

| | | FS-1 Concepts, LLC | | 07/30/2024 |
|---|---|---|---|---|
| Item | Qty | Description | Sell | Sell Total |
| 33 | 1 ea | **REFRIGERATED MERCHANDISER** | $2,794.50 | $2,794.50 |
| | | Model No. MCF8727GR | | |
| | | Refrigerator Merchandiser, two-section, 54-2/5"W x 29-7/10"D x 81-1/5"H, bottom-mounted self-contained refrigeration, 44.9 cu. ft., (2) sliding glass doors, Dixell electronic controller, 33° to 40°F temperature range, (8) shelves, LED interior lighting, lighted header panel, stainless steel interior, black steel exterior, 2" casters, R290 Hydrocarbon refrigerant, 1/4 HP, 115v/60/1-ph, 4.2 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation | | |
| | 1 ea | 2 year labor & parts warranty, 5 years warranty on compressor (continental USA only) | | |
| | 1 ea | Extended warranty to a 5 year parts & labor warranty with 5 year compressor part warranty (continental USA only) (NET) | $310.00 | $310.00 |
| | | | ITEM TOTAL: | **$3,104.50** |
| 34 | 2 ea | **WORK TABLE, STAINLESS STEEL TOP** | $651.03 | $1,302.06 |
| | | Model No. SVTR-9630 | | |
| | | Work Table, 96"W x 30"D, 18/430 stainless steel top, with turndown edges on front & sides, reinforced with channels, 1-1/2" rear riser, adjustable stainless steel undershelf, 1-5/8" dia. stainless steel legs, stainless steel over plastic adjustable bullet feet, NSF | | |
| | | | ITEM TOTAL: | **$1,302.06** |
| 36 | 2 ea | **BACK BAR CABINET, REFRIGERATED** | $2,725.50 | $5,451.00 |
| | | Model No. MBB69GGR | | |
| | | Atosa Back Bar Cooler, two-section, 68"W x 28-1/10"D x 40-1/10"H, self-contained side mount refrigeration, 21.5 cu. ft., (2) locking glass doors, digital temperature control, (4) epoxy coated shelves, stainless steel interior & exterior, 2" casters, R290 Hydrocarbon refrigerant, 1/7 HP, 115v/60/1-ph, 2.3 amps, cETLus, ETL-Sanitation | | |
| | 2 ea | 2 year labor & parts warranty, 5 years warranty on compressor (continental USA only) | | |
| | 2 ea | Extended warranty to a 5 year parts & labor warranty with 5 year compressor part warranty (continental USA only) (NET) | $255.00 | $510.00 |
| | | | ITEM TOTAL: | **$5,961.00** |

El Ranchito, Gluckstadt_Equipment
Package

El Ranchito, Gluckstadt

Initial: _____

| | | FS-1 Concepts, LLC | | 07/30/2024 |
|---|---|---|---|---|
| Item | Qty | Description | Sell | Sell Total |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 37 | 2 ea | **FROZEN DRINK MACHINE, NON-CARBONATED, CYLINDER TYPE** | $10,370.70 | $20,741.40 |
| | | Model No. 215R 1/1 | | |
| | | Frozen Beverage Machine, counter model, (1) remote condenser, (1) flex 1-1, (1) dispenser, (2) flavors, (2) 12 qt. hoppers, (2) 7 qt. freezing cylinders, up to (155) ten oz. drinks/hour/side, lighted flavor sign, stand-by-switch refrigerates mix overnight, stainless steel finish, 4" legs, R404A, 3 HP compressor, UL, NSF | | |
| | 2 ea | F9981 Steel condensing unit cover, UL rated condenser, weather cover for exterior installation of condenser | $807.30 | $1,614.60 |
| | 2 ea | 1 year warranty, standard | | |
| | 2 ea | 5 year compressor & evaporator warranty, standard | | |
| | 2 ea | 115v/60/1-ph, 15 amps, standard | | |
| | 2 ea | 208v/60/1-ph, 22 amps, standard | | |
| | | **Spec'd Units Per Customer's Request** | | |
| | | | ITEM TOTAL: | **$22,356.00** |
| 38 | 1 ea | **DRAFT BEER COOLER** | $3,417.00 | $3,417.00 |
| | | Model No. MKC90GR | | |
| | | Atosa Draft Beer Cooler, 89-3/10"W x 28-1/10"D x 55-3/5"H, side-mounted self-contained refrigeration, (4) 1/2 barrel capacity (30.1 cu. ft.), (2) dual faucet towers, (3) locking solid doors, Dixell digital controller, stainless steel interior & exterior, 2" casters, R290 Hydrocarbon refrigerant, 1/5 HP, 115v/60/1-ph, 2.8 amps, NEMA 5-15P, includes: manifold & ball taps, cETLus, ETL-Sanitation | | |
| | 1 ea | 2 year labor & parts warranty, 5 years warranty on compressor (continental USA only) | | |
| | 1 ea | Extended warranty to a 5 year parts & labor warranty with 5 year compressor part warranty (continental USA only) (NET) | $320.00 | $320.00 |
| | | | ITEM TOTAL: | **$3,737.00** |
| 41 | 1 ea | **BOTTLE STORAGE UNIT** | $531.87 | $531.87 |
| | | Model No. UB4-21-LD24 | | |
| | | Underbar Liquor Bottle Display Unit, 24"W X 21-1/4"D x 32-1/2"H, (4) steps with guard rail, approximately (27) bottle capacity, 18/304 stainless steel construction, 1-5/8" diameter stainless steel legs & side crossbracing, adjustable plastic bullet feet, NSF | | |
| | | | ITEM TOTAL: | **$531.87** |
| 42 | 1 ea | **BLENDER STATION** | $488.13 | $488.13 |
| | | Model No. UB4-21-1410BSS-P-G | | |
| | | Blender Station, with dump sink, 18"W x 21-1/4"D, 14" wide x 10" front-to-back 6" deep sink bowl with 1-1/2" drain, 4" OC splash-mounted, lead-free faucet (BKF-W2-3G-G), 17-3/4"W x 5"D blender station shelf, stainless steel legs & side bracing, adjustable high impact corrosion resistant feet, 18 gauge 304 stainless steel top, NSF | | |
| | 1 ea | BKUB-SS21 Side Splash, 21", removable, 16/304 stainless steel, fits 21" underbar equipment | $31.47 | $31.47 |
| | | | ITEM TOTAL: | **$519.60** |

El Ranchito, Gluckstadt_Equipment Package

El Ranchito, Gluckstadt

**FS-1 Concepts, LLC**                                                                                        *07/30/2024*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 45 | 1 ea | **WORKTOP FREEZER** | $2,543.25 | $2,543.25 |
| | | Model No. MGF8413GR | | |
| | | Atosa Freezer Counter/Work Top, with backsplash, reach-in, two-section, 13.4 cu. ft. capacity, 48-3/10"W x 30"D x 39-4/5"H, rear bottom-mounted self-contained refrigeration, (2) hinged solid doors, digital temperature control, -8° to 0°F temperature range, (2) adjustable shelves, stainless steel interior & exterior, 2" casters, R290 Hydrocarbon refrigerant, 1/4 HP, 115v/60/1-ph, 2.6 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation, ENERGY STAR® | | |
| | 1 ea | 2 year labor & parts warranty, 5 years warranty on compressor (continental USA only) | | |
| | 1 ea | Extended warranty to a 5 year parts & labor warranty with 5 year compressor part warranty (continental USA only) (NET) | $255.00 | $255.00 |
| | | | ITEM TOTAL: | $2,798.25 |
| 46 | 1 ea | **CAN RACK** | $1,161.60 | $1,161.60 |
| | | Model No. CR10-162M-X | | |
| | | Special Value Can Rack, mobile design with casters, with sloped glides for automatic can retrieval, designed for #10 & #5 cans, aluminum construction, holds (162) #10 cans, or (216) #5 cans | | |
| | | | ITEM TOTAL: | $1,161.60 |

| | |
|---|---|
| Merchandise | $196,837.26 |
| Freight | $9,850.00 |
| Installation | $40,000.00 |
| Tax 7% | $13,778.61 |
| Total | $260,465.87 |

Prices Good Until: 10/24/2023

Due to the volatility of today's market, please confirm pricing with your representative prior to placing order for any quotes that are more than 15 days old.

All credit card purchases/payments over $1000.00 will require an additional 3% processing fee.

Acceptance: _____     Date: _____

Printed Name: _____

Project Grand Total: $260,465.87