**EL RANCHITO III**
345 CHURCH RD SUITE B
MADISON MS 39110

1001

65-27/653

PAY TO THE ORDER OF   FS-1

DATE  12-28-23

$ 133,957.66

One hundred thousand Thirty three Thousand nine hundred fifty seven 66/100  DOLLARS

**Trustmark**

FOR  Job # 4023, Equipment

⑆001001⑆ ⑆065300279⑆ ⑆⑇ — 6700⑈

PriorityOne Bank
675000200450
20231228
12282023 11:11:82
WBURNETT

⑆282023 11.11.32 000675000200450

PAY TO THE ORDER OF
PRIORITYONE BANK
FOR DEPOSIT ONLY
FS-1 CONCEPTS, LLC

**EXHIBIT**

**3**