

**PriorityOne Bank**
*Our One Priority is You.*
Member FDIC

| | |
|---|---|
| Current Date: | January 13, 2026 |
| Account Number: | 6700 |
| Capture Date: | August 23, 2024 |
| Item Number: | 5257090823830 |
| Posted Date: | August 23, 2024 |
| Posted Item Number: | 236012726 |
| Amount: | 48,613.73 |
| Record Type: | Transit Item |

EXHIBIT
4
tabbies

---

1020

EL RANCHITO III
346 CHURCH RD SUITE B
MADISON MS 39110

DATE 08/23/24

85-27/653

PAY TO THE ORDER OF J5-1 Concepts                    $ 48,613.73

Forty eight thousand Six hundred thirteen ———— 73 Cents DOLLARS

◆ **Trustmark**

FOR

⑈0010 20⑈ ⑆065300 279⑆ ⑈ 6 700⑈



PriorityOne Bank
740000188120

>065302303<

08232024 16:03:07
BWILSON

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
CHECK HERE FOR REMOTE DEPOSIT ONLY
IN ABSENCE OF WRITTEN PAYEES INSTRUCTIONS
NAME OF BANK
Absence
Endorsements Guaranteed.
PriorityOne Bank
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
MADISON, MISSISSIPPI