

**PriorityOne Bank**
Member FDIC

*Our One Priority is You.*

| | |
|---|---|
| Current Date: | January 13, 2026 |
| Account Number: | .6700 |
| Capture Date: | October 10, 2024 |
| Item Number: | 2300000417619 |
| Posted Date: | October 10, 2024 |
| Posted Item Number: | 284004882 |
| Amount: | 40,066.83 |
| Record Type: | Transit Item |



EXHIBIT
5



**EL RANCHITO III**
346 CHURCH RD SUITE B
MADISON MS 39110

1043

85-27/653

DATE 10/04/24

PAY TO THE ORDER OF ___FS-1___ $ 40,066.83

forty thousand sixty six ___ 83 cents DOLLARS

**Trustmark**

FOR 2865

⑈001043⑈ ⑈065300279⑈ ⑈ ....6700⑈

ENDORSE HERE
PAY TO THE ORDER OF
PRIORITYONE BANK
FOR DEPOSIT ONLY
FS-1 CONCEPTS, LLC
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION
RESERVED FOR FINANCIAL INSTITUTION USE *