

**PriorityOne Bank**
Member FDIC

*Our One Priority is You.*

| | |
|---|---|
| Current Date: | January 13, 2026 |
| Account Number: | 6700 |
| Capture Date: | January 03, 2025 |
| Item Number: | 2300000990224 |
| Posted Date: | January 03, 2025 |
| Posted Item Number: | 3007756 |
| Amount: | 47,418.44 |
| Record Type: | Transit Item |



EXHIBIT
6
tabbies

---

1061

**EL RANCHITO III**
346 CHURCH RD SUITE B
MADISON MS 39110

SECURED BY EZSHIELD

85-27/653

DATE 01/03/2025

PAY TO THE ORDER OF ___FS-1_____ $ 47,418.44

Forty Seven thousand four hundred eighteen ——— 44/100 cents ——— DOLLARS

**Trustmark**

FOR _____

⑈001061⑈ ⑆065300279⑆ ⑈0      6700⑈